UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD STEVEN PARKS,<br><br>    Appellant,<br><br>    v.<br><br>KIMBERLY HUSTED,<br><br>    Appellee. | No. 2:18-mc-00119 WBS AC<br><br><br><br>ORDER |

    On August 15, 2018, the United States Bankruptcy Appellate Panel ("BAP") of the Ninth Circuit transferred this action to the district court for the limited purpose of adjudicating the appellant Donald Steven Park's motion to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915. ECF No. 1.

    Mr. Parks' motion to proceed in forma pauperis, located on the BAP docket at ECF No. 5, demonstrates that he is unable to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

    1. The motion to proceed in forma pauperis is granted.

    2. The action is referred back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further proceedings.

////

////

3. The Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

DATED: August 21, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2